■ JOHN GRAHAM, Appellant, v CARMELLA SPERO, Defendant and Third-Party Plaintiff-Respondent. Doc's LANDSCAPING, Also Known as Doc's TREE SERVICE, et al., Third-Party Defendants-Respondents.—In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Queens County (Lane, J.), dated September 10, 1990.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Lane at the Supreme Court. O'Brien, J. P., Copertino, Pizzuto and Santucci, JJ., concur.